# MEMO ENDORSED.

June 24, 2026

**BY ECF**

The Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
Wang_NYSDChambers@nysd.uscourts.gov

> **Re:**    ***Alfonzetti v. Expedited Travel, LLC***,
> 1:26-cv-03216 (DEH) (OTW)

Dear Judge Wang:

The parties respectfully submit this joint letter motion to request that the Court adjourn the Initial Pretrial Conference scheduled for July 1, 2026, *see* ECF 14, and stay discovery until the Court has ruled on Defendant's pending motion to dismiss, *see* ECF 19-21. This is the parties' first request on these topics.

In considering a request to stay discovery, courts evaluate (1) the breadth of discovery and the burden of responding, (2) the strength of the pending motion, and (3) the risk of prejudice to the opposing party. *See Psychic Readers Network, Inc. v. A&E Television Networks LLC*, No. 24-cv-8155, 2025 WL 1380956, at *1-2 (S.D.N.Y. May 13, 2025) (Ho, J.). Each factor favors a stay in this action.

First, discovery in this putative class action will likely be voluminous and expensive, as exemplified by the discovery topics listed in the parties' Fed. R. Civ. P. 26(f) Report, ECF 22. *See Borjas v. N.Y.C. Dep't of Educ.*, No. 23-cv-10829, 2025 WL 3227476, at *1-2 (S.D.N.Y. Nov. 19, 2025) (Wang, J.) (granting stay where motion could "obviate or limit the need for burdensome discovery").

Second, Defendant's motion to dismiss might dispose of the entire action. *See id.* at 1 (granting discovery stay where "motion to dismiss is potentially dispositive"); *Marchante v. Reuters Am. LLC*, No. 1:23-cv-08864, ECF 49 (S.D.N.Y. Dec. 7, 2023) (Ho, J.) (granting discovery stay where motion to dismiss could be dispositive).

Third, a stay pending the resolution of Defendant's motion would not unduly prejudice Plaintiff, who joins in this request. *See Psychic Readers Network*, 2025 WL 1380956, at *2 (granting stay where plaintiff "has not explained how or why staying discovery would prejudice [him]"); *Borjas*, 2025 WL 3227476, at *2 ("[A]t this stage of the litigation, with the viability of the new Complaint [] unresolved, a delay in discovery, without more, does not amount to unfair prejudice." (quoting *Spinelli v. Nat'l Football League*, No. 13-cv-7398, 2015 WL 7302266, at *2 (S.D.N.Y Nov. 17, 2015))).

Hon. Ona T. Wang
June 24, 2026
Page 2

Lastly, given the parties' agreement on the proposed stay, the absence of disputes requiring resolution by the Court at this time, and to preserve the resources of the Court and the parties, the parties respectfully request that the Court adjourn the July 1, 2026 Initial Pretrial Conference until the Court has ruled on Defendant's motion to dismiss. *See Morales v. Loc. 32BJ*, No. 1:22-cv-8700, ECF 71 (S.D.N.Y. Oct. 6, 2023) (Wang, J.) (staying discovery and adjourning conference pending resolution of motions to dismiss); *DiGiovanni v. Ergoteles LLC*, No. 1:24-cv-1804, ECF 9 (S.D.N.Y. May 9, 2024) (Ho, J.) (staying discovery and adjourning initial pretrial conference where plaintiff consented to the stay).

Accordingly, the parties respectfully request that the Court adjourn the July 1, 2026 Initial Pretrial Conference and stay discovery pending a ruling on Defendant's motion to dismiss.

We thank the Court for its consideration.

Respectfully submitted,


/s/   Brittany Scott
Brittany Scott (P.H.V.)
SMITH KRIVOSHEY, PC
28 Geary Street, Suite 650, No. 1507
San Francisco, CA 94108
415.839.7000
brittany@skclassactions.com


Innessa Melamed Huot
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
212.983.9330
ihuot@faruqilaw.com

*Counsel for Plaintiff Tyler Alfonzetti*

/s/ Emily McDaniels
Mark Cuccaro
Max Tanner
Emily McDaniels
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
212.202.2600
mcuccaro@shertremonte.com
mtanner@shertremonte.com
emcdaniels@shertremonte.com

*Counsel for Defendant Expedited Travel, LLC*

The July 1 Initial Case Management Conference is **ADJOURNED to Tuesday, July 28, 2026 at 11:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties should be prepared to discuss the request for a stay of discovery at the Conference.

**SO ORDERED.**

_____
**Ona T. Wang**                               **June 29, 2026**
**U.S.M.J.**