**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

TYLER ALFONZETTI,

Plaintiff,

-against-

EXPEDITED TRAVEL, LLC,

Defendant.

---------------------------------------------------------------x

26-CV-3216 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Pretrial Conference on Tuesday, July 28, 2026. As ordered on the record:

1. Discovery is stayed until **October 2, 2026**.
2. Parties are directed to file a letter by **September 25, 2026**, indicating whether an extension to the stay of discovery is necessary at that time, and if so, for how long.

**SO ORDERED.**

Dated: July 29, 2026
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge