**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TYLER ALFONZETTI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EXPEDITED TRAVEL, LLC,

Defendant.

Case No. 1:26-CV-03216-DEH-OTW

**DEFENDANT EXPEDITED TRAVEL, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, the Declaration of Max Tanner and the Exhibits attached thereto, and all prior proceedings in this action, Defendant Expedited Travel, LLC hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing Plaintiff's Class Action Complaint in its entirety with prejudice for failure to state a claim upon which relief can be granted.

Dated: June 23, 2026
New York, New York

SHER TREMONTE LLP

By: */s/ Max Tanner*
Mark Cuccaro
Max Tanner
Emily McDaniels

This motion to dismiss is **DENIED AS MOOT**. On July 14, 2026, Plaintiff filed an amended complaint, ECF No. 29, to which Defendant filed a superseding motion to dismiss, ECF No. 31. The Court will decide the pending motion to dismiss in due course. The Clerk of Court is respectfully directed to terminate ECF No. 19.

SO ORDERED.

Dated: August 19, 2026
New York, New York

Dale E. Ho
United States District Judge